

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

CHRISTOPHER GRAHAM (1)
PAULINA DEANN RANDOLPH (2)

Criminal No.

**3-22CR0176-B**

## INDICTMENT

The Grand Jury Charges:

Count One
Conspiracy to Distribute a Controlled Substance
(Violation of 21 U.S.C. § 841(a) and (b)(1)(C) and 846)

On or about March 1, 2022, the exact date unknown to the Grand Jury and

continuing until March 24, 2022, in the Dallas Division of the Northern District of Texas

and elsewhere, the defendants, **CHRISTOPHER GRAHAM** and **PAULINA DEANN**

**RANDOLPH**, did knowingly and intentionally combine, conspire, confederate, and

agree with others both known and unknown to commit the following offense against the

United States: to possess with intent to distribute and distribute a mixture or substance

containing a detectable amount of methamphetamine, its salts, optical and geometric

isomers, and salts of isomers, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C).

*In violation of 21 U.S.C. § 846.*

Indictment - Page 1

<u>Count Two</u>
Felon in Possession of a Firearm
(Violation of 18 U.S.C. § 922(g)(1))

On or about March 24, 2022, in the Dallas Division of the Northern District of Texas, defendant **CHRISTOPHER GRAHAM**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Romarm/Cugir pistol, model Mini Draco, caliber 7.62x39mm, bearing serial number: PD-4977-2014RO, and the firearm was in and affecting commerce.

*In violation of 18 U.S.C. § 922(g)(1).*

**Indictment - Page 2**

<u>Count Three</u>
Illegal Receipt of Firearm by a Person Under Indictment
(Violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D))

On or about March 24, 2022, in the Dallas Division of the Northern District of

Texas, the defendant, **PAULINA DEANN RANDOLPH**, who was then under

indictment for a crime punishable by imprisonment for a term exceeding one year, to wit:

Burglary of a Habitation in the 194th District Court, Dallas County, Texas, did willfully

receive a firearm, to wit:  a Taurus pistol, model G2C, caliber 9mm, bearing serial

number ACM635677, and said firearm having been shipped and transported in interstate

commerce.

*In violation of 18 U.S.C. §§ 922(n) and 924(a)(1)(D).*

Forfeiture Notice
(21 U.S.C. § 853(a)(1) and (2))
(18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

Upon conviction for the offense alleged in Count One and pursuant to 21 U.S.C. § 853(a)(1) and (2) and Counts Two and Three and pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), the defendants, **CHRISTOPHER GRAHAM** and **PAULINA DEANN RANDOLPH**, shall forfeit to the United States of America any firearm and ammunition involved in the commission of the respective offense, including but not limited to the following:

1. a Romarm/Cugir pistol, model Mini Draco, caliber 7.62x39mm, bearing serial number: PD-4977-2014RO;

2. a Taurus pistol, model G2C, caliber 9mm, bearing serial number ACM635677; and

3. any ammunition found in and around the firearms.

Indictment - Page 4

A TRUE BILL

_____
FOREPERSON

CHAD E. MEACHAM
UNITED STATES ATTORNEY

_____
PHELESA M. GUY
Assistant United States Attorney
Texas Bar No. 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel:  214-659-8600
Fax: 214-659-8809

Indictment - Page 5

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

CHRISTOPHER GRAHAM (1)
PAULINA DEANN RANDOLPH (2)

INDICTMENT

21 U.S.C. § 841(a) and (b)(1)(C) and 846
Conspiracy to Distribute a Controlled Substance
(Count 1)

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm
(Count 2)

18 U.S.C. §§ 922(n) and 924(a)(1)(D)
Illegal Receipt of a Firearm by a Person Under Indictment
(Count 3)

21 U.S.C. § 853(a)(1) and (2); 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)
Forfeiture Notice

3 Counts

A true bill rendered

_____
FOREPERSON

DALLAS

Filed in open court this __3__ day of May, 2022.

**Warrant to be Issued**

_____
UNITED STATES MAGISTRATE JUDGE

Magistrate Court Number: 3:22-MJ-309-BK