IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

UNITED STATES OF AMERICA

v.                                                    Case No. 3:22-CR-176-B

CHRISTOPHER GRAHAM (1)

## MOTION FOR DETENTION AND MOTION TO CONTINUE HEARING

The United States moves for pretrial detention of defendant, CHRISTOPHER

GRAHAM, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case

involves :

- 10 + year drug offense

- Serious risk defendant will flee

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no

conditions of release which will reasonably assure:

- Defendant's appearance as required

- Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable

presumption against defendant because:

- Probable cause to believe defendant committed 10+ year drug

  offense or firearms offense, 18 U.S.C.§924(c)

**Motion for Detention - Page 1**

4.  Time For Detention Hearing.  The United States requests the Court conduct the detention hearing,

- At first appearance

- After continuance of 1 day (not more than 3).

Submitted on  August 11, 2022.

Respectfully submitted,

CHAD E. MEACHAM
UNITED STATES ATTORNEY

*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney
Texas State Bar Number 00798230
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8600
Facsimile: 214.659.8809

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on August 11, 2022.

*/s/ Phelesa M. Guy*
PHELESA M. GUY
Assistant United States Attorney

**Motion for Detention - Page 2**