# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| JUDGE:   REBECCA RUTHERFORD | |
|---|---|
| DEPUTY CLERK:  L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: *11:00 - 11:03* |
| A.M. | P.M. | DATE: August 12, 2022 |

☐MAG. NO.          ☐DIST. CR. NO. 3:22-cr-00176-B          USDJ Judge Jane J Boyle

UNITED STATES OF AMERICA                §          _____*myria Boehn*_____, AUSA
                                        §
v.                                      §          _____ ☐
                                        §
                                        §          ___Dan Gividen_____ ☐
CHRISTOPHER  GRAHAM (1)                  §          COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE ☐IDENTITY ☐BOND HEARING ☐PRELIMINARY HEARING
☐ DETENTION HEARING ☐COUNSEL DETERMINATION HEARING ☐REMOVAL HEARING ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐OTHER DISTRICT ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:   ☐SURRENDER_____
☐ RULE 5/32 ☐APPEARED ON WRIT
☑DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT ☐MW (MATERIAL WITNESS) _____ APPEARED ☐WITH ☐WITHOUT COUNSEL
☑REQUESTS APPOINTED COUNSEL.
☑FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐SET ☐REDUCED TO $ _____ ☐CASH ☐ SURETY ☐10% ☐PR ☐UNS ☐3RD PTY ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐DEFT ☐MW RELEASED ☐STATE AUTHORITIES ☐INS
☐ DEFT ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☐PRELIMINARY HEARING ☐RULE 5/32 HEARING ☑DETENTION HEARING *w/ Sdata bua*
☐ COURT FINDS PROBABLE CAUSE ☐ID ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED.  WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 1 2 2022
CLERK, U.S. DISTRICT COURT
By_____
Deputy